CIVIL, CLOSED

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:06-cv-02768-MCE-DAD
### Internal Use Only

Davies et al v. Merck & Company, Inc. et al
Assigned to: Judge Morrison C. England, Jr
Referred to: Magistrate Judge Dale A. Drozd
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 12/07/2006
Date Terminated: 06/28/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carol Ann Davies**     represented by     **Alissa S. Holt**
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: aholt@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry Davies**     represented by     **Alissa S. Holt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Merck & Company, Inc.**                    represented by **Kevin Michael Hara**
                                             Reed Smith LLP (Oakland)
                                             1999 Harrison Street
                                             Suite 2400
                                             PO Box 2084
                                             Oakland, CA 94612-2084
                                             (510) 466-6761
                                             Fax: (510) 273-8832
                                             Email: khara@reedsmith.com
                                             *ATTORNEY TO BE NOTICED*

**Defendant**
**McKesson Corporation**                     represented by **Kanika D. Corley**
                                             Morris Polich and Purdy
                                             1055 West Seventh Street
                                             24th Floor
                                             Los Angeles, CA 90017
                                             (213) 891-9100
                                             Fax: (213) 488-1178
                                             Email: kcorley@mpplaw.com
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Defendant**
**Amerisourcebergen Corporation**            represented by **Kanika D. Corley**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Defendant**
**Pfizer Inc**                               represented by **Peter Edward Schnaitman**
                                             Tucker Ellis and West
                                             1000 Wilshire Boulevard
                                             Suite 1800
                                             Los Angeles, CA 90017-2475
                                             213-430-3400
                                             Email:
                                             peter.schnaitman@tuckerellis.com
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Tae-Yoon Kim**
                                             Tucker Ellis & West
                                             1000 Wilshire Boulevard
                                             Suite 1800
                                             Los Angeles, CA 90017
                                             213-430-3400

        Fax: 213-430-3409
        Email: tae.kim@tuckerellis.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

G. D. Searle LLC     represented by  **Peter Edward Schnaitman**
      (See above for address)
      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

      **Tae-Yoon Kim**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Defendant**

Pharmacia Corporation     represented by  **Peter Edward Schnaitman**
      (See above for address)
      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

      **Tae-Yoon Kim**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2006 | 1 | NOTICE of REMOVAL *Of Action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number BC359104. by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Civil Cover Sheet # 10 Attachment to Civil Cover Sheet) (Hara, Kevin) (Entered: 12/07/2006) |
| 12/07/2006 | 2 | CONSENT to Removal of Action Under 28 U.S.C. Section 1441(B).( 1 by Merck & Company, Inc., Pfizer Inc., Pharmacia Corporation, and G. D. Searle LLC. (Hara, Kevin) Modified on 12/7/2006 (Duong, D). (Entered: 12/07/2006) |
| 12/07/2006 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of $350.00; Type of Credit Card: MasterCard<br>Name as it appears on Credit Card: Louis W. Tullius Reed Smith Gov Filings<br>Contact Telephone Number: (412) 288-3131<br>Street: 435 Sixth Avenue<br>Zip code: 15219<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Hara, Kevin) (Entered: 12/07/2006) |

| | | |
|---|---|---|
| 12/07/2006 | | (Court only) ATTORNEY UPDATE: Attorney Peter Edward Schnaitman for Pfizer Inc and G. D. Searle LLC added. (Duong, D) (Entered: 12/07/2006) |
| 12/07/2006 | 3 | (Court only) PROCESS CREDIT CARD (Duong, D) (Entered: 12/07/2006) |
| 12/07/2006 | | RECEIPT number 12544 for $350.00 for New Case Filing Fee from Louis W Tullius Reed Smith. (Manzer, C) (Entered: 12/07/2006) |
| 12/07/2006 | 4 | SUMMONS ISSUED as to *Merck & Company, Inc., McKesson Corporation, Amerisourcebergen Corporation, Pfizer Inc, G. D. Searle LLC, Pharmacia Corporation* with answer to complaint due within *20* days. Attorney *Theodore J. Holt* *11335 Gold Express Drive* *Suite 105* *Gold River, Ca 95670*. (Manzer, C) (Entered: 12/07/2006) |
| 12/07/2006 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Manzer, C) (Entered: 12/07/2006) |
| 12/07/2006 | 6 | NOTICE of RELATED CASE 2:05-cv-02140, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-2609, 2:06-cv-00082, 2:06-cv-2399, 2:06-cv-00241 by Merck & Company, Inc.. *including 2:06-cv-00281; 2:06-cv-00324; 2:06-cv-00330; 2:06-cv-00477; 2:06-cv-0487; 2:06-cv-0583; 2:06-cv-0593; 2:06-cv-0617; 2:06-cv-00653; 2:06-cv-0675; 2:06-cv-0692; 2:06-cv-0690; 2:06-cv-00694; 2:06-cv-0718; 2:06-cv-0728; 2:06-cv-0774; 2:06-cv-01294; 2:06-cv-1313; 2:06-cv-00993; 2:06-cv-01597; 1:06-cv-01006; 2:06-cv-01826; 2:06-cv-1845; 2:06-cv-1941; 2:06-cv-1954; 2:06-cv-1957; 2:06-cv-1973; 2:06-cv-1977; 2:06-cv-1978; 2:06-cv-2079; 2:06-cv-2093; 2:06-cv-2102; 2:06-cv-2103; 2:06-cv-02215; 2:06-cv-2281; 2:06-cv-2284; 2:06-cv-2285; 2:06-cv-2275; 2:06-cv-2283; 2:06-cv-2332; 2:06-cv-2350; 2:06-cv-2362; 2:06-cv-2352; 2:06-cv-2354; 2:06-cv-2348; 2:06-cv-2351; 2:06-cv-2349; 2:06-cv-2346; 2:06-cv-02436; 2:06-cv-02434; 2:06-cv-02431; 2:06-cv-02422; 2:06-cv-02344; 2:06-cv-02473; 2:06-cv-02474; 2:06-cv-02477; 2:06-cv-02471; 2:06-cv-02472; 2:06-cv-02479; 2:06-cv-02480; 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473, 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02560, 2:06-cv-02563, 2:06-cv-02568; 2:06-cv-02574; 2:06-cv-02575; 2:06-cv-02598; 2:06-cv-02599; 2:06-cv-02600; 2:06-cv-02601 and 2:06-cv-02717* (Hara, Kevin) (Entered: 12/07/2006) |
| 12/09/2006 | 7 | NOTICE of RELATED CASE 2:06-cv-02776 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 12/09/2006) |
| 12/11/2006 | 8 | CERTIFICATE of SERVICE by Merck & Company, Inc. re 1 Notice of Removal - ATY,. (Hara, Kevin) (Entered: 12/11/2006) |
| 12/12/2006 | 9 | ANSWER to COMPLAINT with Jury Demand by McKesson |

| | | Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/12/2006) |
|---|---|---|
| 12/12/2006 | 10 | CERTIFICATION and NOTICE of Interested Parties by McKesson Corporation. (Corley, Kanika) Modified on 12/13/2006 (Krueger, M). (Entered: 12/12/2006) |
| 12/21/2006 | 11 | ANSWER to COMPLAINT with Jury Demand by Amerisourcebergen (Drug) Corporation. Attorney Kanika D. Corley added. (Corley, Kanika) Modified on 12/22/2006 (Krueger, M). (Entered: 12/21/2006) |
| 12/21/2006 | 12 | ANSWER to COMPLAINT with Jury Demand by Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC. Attorney Tae-Yoon Kim added. (Kim, Tae-Yoon) Modified on 12/22/2006 (Krueger, M). (Entered: 12/21/2006) |
| 12/22/2006 | 13 | NOTICE of RELATED CASE 2:06-cv-02780, 2:06-cv-02787, 2:06-cv-02807, 2:06-cv-02812, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02826, 2:06-cv-02829, 2:06-cv-02830, 2:06-cv-0833, 2:06-cv-02851, 2:06-cv-02853, 2:06-cv-02875 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 12/22/2006) |
| 01/08/2007 | 14 | MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247* by Carol Ann Davies, Harry Davies. Attorney McNeil, Andrea J. added. Motion Hearing set for 2/12/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. (McNeil, Andrea) Modified on 1/26/2007 (Donati, J). (Entered: 01/08/2007) |
| 01/08/2007 | 15 | MEMORANDUM/RESPONSE in SUPPORT re 14 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247.* (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | 16 | DECLARATION of Andrea J. McNeil in SUPPORT OF re 14 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247.* (Attachments: # 1 Exhibit A-E)(McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | 17 | PROPOSED ORDER re 14 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247,* 16, 15 Memorandum/Response in Support of Motion by Carol Ann Davies, Harry Davies. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/12/2007 | 18 | MOTION to STAY *All Proceedings Pending Transfer* by Merck & Company, Inc.. Motion Hearing set for 2/12/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. (Attachments: # 1 Declaration Of Kevin M. Hara # 2 Exhibit A Through E In Support Of Hara Decl. # 3 Exhibit F Through I In Support Of Hara Decl. # 4 Proposed Order Granting Merck's Motion To Stay)(Hara, Kevin) Modified on 1/16/2007 (Manzer, C). (Entered: 01/12/2007) |
| 01/15/2007 | 19 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, |

| | | |
|---|---|---|
| | | 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/15/2007) |
| 01/17/2007 | 20 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/17/2007) |
| 01/17/2007 | 21 | OPPOSITION to 18 MOTION to STAY *all proceedings pending transfer*. (Attachments: # 1 Declaration Andrea J. McNeil # 2 Exhibit A-F # 3 Exhibit G-I)(McNeil, Andrea) Modified on 1/17/2007 (Yin, K). Modified on 1/18/2007 (Marciel, M). (Entered: 01/17/2007) |
| 01/19/2007 | 22 | OPPOSITION to 18 MOTION to STAY *All Proceedings Pending Transfer* (WITH ATTORNEY SIGNATURE). (Attachments: # 1 Declaration Andrea J. McNeil # 2 Exhibits A-F # 3 Exhibits G-I)(McNeil, Andrea) Modified on 1/22/2007 (Krueger, M). (Entered: 01/19/2007) |
| 01/25/2007 | 23 | MEMORANDUM/RESPONSE by Pfizer Inc. in Opposition to 14 Motion to Remand. (Kim, Tae-Yoon) Modified on 1/26/2007 (Donati, J). (Entered: 01/25/2007) |
| 01/25/2007 | 24 | DECLARATION of Tae-Yoon Kim in Support of 23 Memorandum. (Kim, Tae-Yoon) Modified on 1/26/2007 (Donati, J). (Entered: 01/25/2007) |
| 01/26/2007 | 25 | MEMORANDUM in OPPOSITION to 14 Motion to Remand. (Attachments: # 1 Declaration of Kevin M. Hara # 2 Exhibits A - H to Decl. # 3 Exhibits I - L to Decl. # 4 Exhibits M - S of Decl. # 5 Declaration of Gregory S. Yonko # 6 Declaration of Leonardo DeCandia) (Hara, Kevin) Modified on 1/29/2007 (Krueger, M). (Entered: 01/26/2007) |
| 01/30/2007 | 26 | MINUTE ORDER: (TEXT ONLY ENTRY) Defendants' 18 Motion to Stay and Plaintiffs' 14 Motion to Remand are MOOT in light of the Conditional Transfer Order from Multidistrict Litigation Panel- No. 1657 and 1699, filed on 1/25/07, CTO-82 and CTO-51. The hearing on the motions set for 2/12/07 are VACATED. If it becomes necessary to have the motions heard at a later date, the parties may file an amended notice of hearing resetting the motions on the court's civil calendar. Approved by Judge Morrison C. England Jr. on 1/30/07. (Souvannarath, A) (Entered: 01/30/2007) |
| 04/03/2007 | 27 | AMENDED NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc.. (Hara, Kevin) Modified on 4/4/2007 (Yin, K). (Entered: 04/03/2007) |
| 06/28/2007 | 28 | MDL ORDER CASE TRANSFERRED to Northern District of California, (S.F.) MDL #05-1699. Electronic case file, transfer order, and docket sheet sent. CASE CLOSED(Reader, L) (Entered: 06/28/2007) |