Theodore J. Holt, State Bar No. 148899
Marjan Pejuhesh State Bar No. 241248
**HACKARD & HOLT**
11335 Gold Express Drive, Suite 105
Gold River, California 95670
Telephone:    (916) 853-3000
Facsimile:    (916) 853-3010

Attorneys for Plaintiff Carol Ann Davies

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** | **Case No. M:05-CV-01699-CRB** |
| | **MDL NO. 1699** |
| **This Document Relates to:** | **STIPULATION AND ORDER FOR DISMISSAL OF CAROL ANN DAVIES'** |
| **CAROL ANN DAVIES** **Individual Case NO. 07-03448-CRB** | **BEXTRA AND CELEBREX CLAIMS** |

Come now the above-captioned Plaintiff and Defendants by and through their respective counsel, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of each cause of action relating to Plaintiff's claims regarding her use of Bextra and Celebrex, only, without prejudice, in the above-entitled action, with each side bearing its own attorneys' fees and costs.

Dated:  April 30, 2008.                    HACKARD & HOLT

By: _____
Marjan Pejuhesh
Attorneys for Plaintiff Carol Ann Davies

Dated: __5/13__, 2008.                    GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

1

1

2                                    ORDER

3          PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS

4    SO ORDERED.

5

6    DATED: _____        _____

7                                         HON. CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28